UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

KRISTIE MARIE HUGUENARD                              CASE NO. 08-13447
           DEBTOR(S).                                CHAPTER 7

## NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1.  That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2.  The following distributions are in an amount under $5.00:

    Claim #2 of Merchants Retail Credit Association
    Account number:  CNA 125205
    Claimed amount:  $30.00
    Pro rata distribution:  $3.91

3.  Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4.  Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  August 20, 2010              /s/ Mark A. Warsco
                                     Mark A. Warsco, Trustee
                                     P.O. Box 11647
                                     Fort Wayne, IN  46859-1647
                                     Telephone:  (260) 469-0256
                                     e-mail: bankruptcy@rlwlawfirm.com

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on August 20, 2010:

| | |
|---|---|
| RANDALL BRIAN STILES<br>stilescku@verizon.net | Office, U.S. Trustee<br>USTPREGION10.SO.ECF@USDOJ.GOV |
| Merchants Retail Credit Association<br>or Medical & Dental Business<br>Bureau of Allen County, Inc.<br>PO Box 11285<br>333 E Washington Blvd<br>Fort Wayne IN 46857 | |

                 /s/  Mark A. Warsco
                 Mark A. Warsco, Trustee